# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3112
LT Case No. 55-2024-CF-744-A

_____

MALORIE ISON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Eddie J. Bell, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and
Deborah A. Chance, Assistant Attorney General, Daytona
Beach, for Appellee.


August 4, 2026


PER CURIAM.

AFFIRMED.


MAKAR, LAMBERT, and BOATRIGHT, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————